```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

HERBERT WALLACE, JR,              \*

    Plaintiff,                    \*

vs.                               \*

                                            CASE NO. 4:12-CV-107 (CDL)

CAROLYN W. COLVIN, Commissioner  \*
of Social Security,

                             \*

    Defendant.

                             \*

_____

## O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation of the United States Magistrate Judge filed August 29, 2013, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 13th day of September, 2013.

                                                    s/Clay D. Land
                                                        CLAY D. LAND
                                           UNITED STATES DISTRICT JUDGE