IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| HERBERT WALLACE, JR, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 4:12-CV-107 (CDL) |
| CAROLYN W. COLVIN, Commissioner of Social Security, | * |
| | * |
| Defendant. | |
| | * |

O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation of the United States Magistrate Judge filed August 29, 2013, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 13th day of September, 2013.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE